IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDDIE L. PENSON,                                                                PLAINTIFF
REG. #67767-061

v.                             No. 2:12-cv-93-DPM-JTK

FARRIS, Counselor, FCI-Forrest City;
P. JONES, Team Leader, FCI-Forrest
City; T.C. OUTLAW, Warden, FCI-
Forrest City; DIKES, Officer, FCI-Forrest
City; DOES, Medical Personnel/Department,
FCI-Forrest City                                                                DEFENDANTS

ORDER

On 5 June 2012, this Court directed Penson, an inmate at the Federal Correctional Institution, Forrest City, to file an amended complaint within thirty days. *Document No. 3*. The Court also warned Penson about Local Rule 5.5(c)(2) and the consequences of noncompliance. *Ibid*. Penson has not responded to the Court's Order because he has not kept the Clerk apprised of his current address. *Document No. 4*. His complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 October 2012