# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**EDDIE L. PENSON,**                                                        **PLAINTIFF**
**REG. #67767-061**

v.                      **No. 2:12-cv-93-DPM-JTK**

**FARRIS, Counselor, FCI-Forrest City;
P. JONES, Team Leader, FCI-Forrest
City; T.C. OUTLAW, Warden, FCI-
Forrest City; DIKES, Officer, FCI-Forrest
City; DOES, Medical Personnel/Department,
FCI-Forrest City**                          **DEFENDANTS**

## ORDER

On 5 June 2012, this Court directed Penson, an inmate at the Federal Correctional Institution, Forrest City, to file an amended complaint within thirty days. *Document No. 3*. The Court also warned Penson about Local Rule 5.5(c)(2) and the consequences of noncompliance. *Ibid.* Penson has not responded to the Court's Order because he has not kept the Clerk apprised of his current address. *Document No. 4*. His complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

                                                        _____
                                                        D.P. Marshall Jr.
                                                        United States District Judge

                                                        29 October 2012