IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDDIE L. PENSON,                                                          PLAINTIFF
REG. #67767-061

v.                                    No. 2:12-cv-93-DPM

FARRIS, Counselor, FCI-Forrest City;
P. JONES, Team Leader, FCI-Forrest
City; T.C. OUTLAW, Warden, FCI-
Forrest City; DIKES, Officer, FCI-Forrest
City; DOES, Medical Personnel/Department,
FCI-Forrest City                                                          DEFENDANTS

JUDGMENT

Penson's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

29 October 2012