# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

EDDIE L. PENSON,                                              PLAINTIFF
REG. #67767-061

v.                             No. 2:12-cv-93-DPM

FARRIS, Counselor, FCI-Forrest City;
P. JONES, Team Leader, FCI-Forrest
City; T.C. OUTLAW, Warden, FCI-
Forrest City; DIKES, Officer, FCI-Forrest
City; DOES, Medical Personnel/Department,
FCI-Forrest City                                              DEFENDANTS

## JUDGMENT

Penson's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 October 2012